BEFORE THE SECOND DIVISION, OCTOBER 31, 1963

**No. 68067.**—Seedman International Corp. *v.* United States, protests 62/14561 and 62/14563 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 68068.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 60/22372 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

OCTOBER 28, 1963

**No. 68069.**—S. M. Iida, Ltd., and American Customs Brokerage Co. et al. *v.* United States, protests 61/15517, etc. Protests abandoned July 9, 1963. (Not published.) Plaintiffs' application for rehearing denied.